UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: WILSON, BEVERLY

Case No.: 19-12772
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __04/23/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
25 Saint Johns Dr.
Freehold, NJ
Value: $397,000.00

Liens on property:
Carrington - $490,000.00
Specialized Loan - $15,732.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-12772-CMG
Beverly Wilson                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 20, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
```
db            Beverly Wilson,   25 Saint Johns Dr,   Freehold, NJ 07728-8869
518020555     American Legal Counsels,   1 Gateway Ctr Ste 2600,   Newark, NJ 07102-5323
518020557     Carrington Mortgage Services,   PO Box 5001,   Westfield, IN 46074-5001
518020558     Convergent Healthcare Recoveries,   124 SW Adams St Ste 215,   Peoria, IL 61602-2321
518020559    +Convergent Outsourcing Inc,   800 SW 39th St,   Renton, WA 98057-4927
518020562    +Jersey Shore University,   1945 State Route 33,   Neptune, NJ 07753-4896
518020564     Simon Agency Inc,   PO Box 5026,   Syracuse, NY 13220-5026
518020565     Specialized Loan Servicing,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:19     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:14     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518020556     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 23:57:29     Capital One,
              PO Box 71083,   Charlotte, NC 28272-1083
518067366    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 00:08:12
              Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518020560     E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2019 23:56:53     Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
518020561     E-mail/Text: cio.bncmail@irs.gov Mar 20 2019 23:50:34     Internal Revenue Service,
              Centralized Insolvency Operation,,   2970 Market St,   Philadelphia, PA 19104-5002
518020563     E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2019 23:51:14     Midland Funding LLC,
              PO Box 939069,   San Diego, CA 92193-9069
518074244    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 20 2019 23:51:37     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518020566     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 20 2019 23:49:59
              Verizon Wireless,   PO Box 650051,   Dallas, TX 75265-0051
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
```
              Barry R. Sharer   on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward  Hanratty   on behalf of Debtor Beverly  Wilson thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as
               Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```