Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12772−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Beverly Wilson
    25 Saint Johns Dr
    Freehold, NJ 07728−8869

Social Security No.:
    xxx−xx−1011

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 5/11/19 in the amount of $ 81.25 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 5/28/19 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 5/28/19.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: 5/28/19
Time: 10:00 am
Location: Courtroom 3
Address:    Clarkson S. Fisher Courthouse
            402 East State Street
            Trenton, NJ 08608−1507


Dated: May 13, 2019
JAN: dmi

                                                            Christine M. Gravelle
                                                            United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Beverly Wilson  
        Debtor

Case No. 19-12772-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 13, 2019  
                              Form ID: oscmlfee    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.  
db           Beverly Wilson,   25 Saint Johns Dr,   Freehold, NJ  07728-8869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:  
                Barry R. Sharer   on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com  
                Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com  
                Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
                Edward Hanratty   on behalf of Debtor Beverly Wilson thanratty@tomeslawfirm.com,   ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
                Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
                U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                                              TOTAL: 6