UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
Tomes & Hanratty PC
1 West Main Street, 3rd Fl.
Freehold NJ 07728
732-333-0681

Order Filed on August 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Beverly Wilson

Case No.: 19-12772

Chapter: 7

Judge: CMG

## ORDER TO REDEEM PROPERTY OF THE ESTATE

The relief set forth on the following pages 2 and 3  is hereby **ORDERED.**

**DATED: August 14, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good
cause it is Ordered the following is GRANTED:

1. The tangible personal property described below is intended primarily

   for personal, family, or household use of the debtor(s):

        Year: 2010  Make: Honda  Model: Accord LX S

2. The debt owing the Creditor is dischargeable consumer debt and the

   Debtor(s) interest in such property is exempt or has been abandoned

   by the estate.

3. The value of the secured Claim of the Creditor for redemption

   purposed, the "Redemption Amount" is  $4,585.00.

|  | REAFFIRMATION | REDEMPTION |
|---|---|---|
| VALUE |  | $4,584.00 |
| PAYMENT | $295.00 | $282.74 |
| TERM | 27 | 24 |
| TOTAL | $7,965.00 | $6,785.76 |
| SAVINGS |  | $1,179.24 |

4. That the Debtor(s) may redeem the subject property by paying to the

   Creditor on or before the thirtieth (30th) day following entry of this

   Order Redemption Amount.

5. Reasonable attorney fees and financing are approved under the terms

   and Condition set forth in herein.

6. Upon timely receipt of such payment, the Creditor to so cancel its

   lien within three (3) days after payment of the aforesaid lump sum

   pursuant to the entry of this Order, then this Order shall serve as

   an authorization for the said lien to be cancelled, and it Ordered

that the application County Clerk's Office shall cancel same of
record.

7. In the event of the failure of the Debtor(s) to pay the redemption
amount within such time frame, the automatic stay immediately
terminate.

.