UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
Tomes & Hanratty PC
1 West Main Street, 3rd Fl.
Freehold NJ 07728
732-333-0681

**Order Filed on August 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Beverly Wilson

Case No.: 19-12772

Chapter: 7

Judge: CMG

**ORDER TO REDEEM PROPERTY OF THE ESTATE**

The relief set forth on the following pages 2 and 3 is hereby **ORDERED.**

**DATED: August 14, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is Ordered the following IS GRANTED:

1. The tangible personal property described below is intended primarily for personal, family, or household use of the debtor(s):

    Year: 2010  Make: Honda  Model: Accord LX S

2. The debt owing the Creditor is dischargeable consumer debt and the Debtor(s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured Claim of the Creditor for redemption purposed, the "Redemption Amount" is $4,585.00.

|  | **REAFFIRMATION** | **REDEMPTION** |
|---|---|---|
| **VALUE** |  | $4,584.00 |
| **PAYMENT** | $295.00 | $282.74 |
| **TERM** | 27 | 24 |
| **TOTAL** | $7,965.00 | $6,785.76 |
| **SAVINGS** |  | $1,179.24 |

4. That the Debtor(s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order Redemption Amount.

5. Reasonable attorney fees and financing are approved under the terms and Condition set forth in herein.

6. Upon timely receipt of such payment, the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be cancelled, and it Ordered

2

that the application County Clerk's office shall cancel same of record.

7. In the event of the failure of the Debtor(s) to pay the redemption amount within such time frame, the automatic stay immediately terminate.

.

3

United States Bankruptcy Court
District of New Jersey

In re:  
Beverly Wilson  
       Debtor

Case No. 19-12772-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 15, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db         Beverly Wilson,    25 Saint Johns Dr,    Freehold, NJ  07728-8869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:  
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,  
           BSharer@SharerPBS.com;nj83@ecfcbis.com  
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com  
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture  
           Trustee, for New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Edward   Hanratty    on behalf of Debtor Beverly   Wilson thanratty@tomeslawfirm.com,  
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as  
           Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 kmcdonald@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                              TOTAL: 6